United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MOORE ELECTRICAL CONTRACTING, INC., a California corporation,<br><br>Defendant. | Case No.: 11-CV-00942-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiffs are hereby ordered to file their motion for entry of default judgment within thirty days of the clerk's entry of default against Defendant. The October 5, 2011 case management conference is continued to December 21, 2011 at 2:00 pm and will be further continued to the hearing date assigned for any motion for default judgment timely filed.

**IT IS SO ORDERED.**

Dated: October 4, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge