**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOORE ELECTRICAL CONTRACTING, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: 11-CV-00942-LHK<br><br>ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE |

On November 15, 2011, the Court issued an Order Denying Without Prejudice Plaintiffs' Motion for Default Judgment granting Plaintiffs leave to submit a revised motion for default judgment within 30 days. Plaintiffs have timely filed a Second Motion for Default Judgment, but they failed to comply with the Court's General Order requiring that they contact Courtroom Deputy Martha Parker Brown and obtain the next available date before noticing a motion for hearing. Accordingly, the hearing on Plaintiffs' Second Motion for Default Judgment is continued from January 26, 2012 to April 5, 2012 at 1:30 p.m. The case management conference scheduled for December 21, 2011 is hereby also continued to April 5, 2012 at 1:30 p.m. to coincide with the hearing on Plaintiffs' Second Motion for Default Judgment.

1

Case No.: 11-CV-00942-LHK
ORDER CONTINUING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: December 15, 2011

_____
LUCY H. KOH
United States District Judge